Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Valerie Alva

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| VALERIE ALVA, | Case No.: 1:10-CV-01954-SKO |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Valerie Alva ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

1

2    ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

3    own fees, costs, and expenses.

4    DATE: April 21, 2011              Respectfully submitted,

5                                      LAW OFFICES OF LAWRENCE D. ROHLFING

6                                          /s/ *Denise Bourgeois Haley*

7                               BY:_____
                                      Denise Bourgeois Haley
8                                     Attorney for plaintiff Valerie Alva

9    DATE: April 28, 2011              BENJAMIN B. WAGNER
                                      United States Attorney
10

11

12                                        /s/ *Geralyn A. Gulseth*

13                                    _____
                                      Geralyn A. Gulseth
14                                    Special Assistant United States Attorney
                                      Attorneys for Defendant Michael J. Astrue,
                                      Commissioner of Social Security
15

16

17

18

19   IT IS SO ORDERED.

20     Dated:   **April 29, 2011**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26